FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 14, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMIE BUSBY, <br><br> Plaintiff, <br><br> v. <br><br> TRANS UNION LLC, <br><br> Defendant. | No. 2:21-CV-00251-MKD <br><br> ORDER DISMISSING CASE <br><br> ECF No. 23 |

Before the Court is the parties' Stipulation of Dismissal With Prejudice, ECF No. 23. The parties stipulate that all claims in this matter should be dismissed from this action with prejudice. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court accepts the stipulation and dismisses the action with prejudice.

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulation of Dismissal, **ECF No. 23**, is **ACCEPTED**.

2. This action, including all claims and counterclaims against all parties, shall

ORDER DISMISSING CASE - 1

be **DISMISSED with prejudice**.

3. Any pending motions are **DENIED as moot**.

4. All hearings and other deadlines are **STRICKEN**.

5. The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** the file.

DATED June 14, 2022.

<u>s/Mary K. Dimke</u><br>
MARY K. DIMKE<br>
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CASE - 2